**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CORNELL SMITH,**

>    *Plaintiff,*

**v.**                                          **Case No.: 5:25cv55-MW/MJF**

**RICKY DIXON,**

>    *Defendant.*

_____/

## <u>ORDER ACCEPTING REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 47, and has also reviewed *de novo* Plaintiff's objections, ECF No. 50. As noted in the report and recommendation, Plaintiff's motion for temporary restraining order and preliminary injunction, ECF No. 33, is due to be denied for failure to demonstrate irreparable harm given the delay in seeking such relief. As noted in the report and recommendation, Plaintiff registered his faith as Muslim with the Florida Department Corrections in February 2022, but he did not seek relief from the challenged grooming policy until 2025. ECF No. 47 at 6. Moreover, Plaintiff contends in his objections that he was shaved upon his entry at the reception center in Chipley in 2022, and thus, he was on notice of the grooming policy since that time. *See* ECF No. 50 at 4.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 47, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's delay in seeking relief undermines his claim of irreparable harm, and thus, his motion for temporary restraining order or preliminary injunction, ECF No. 33, is **DENIED**. This case is referred back to the Magistrate Judge for further proceedings.[1]

**SO ORDERED on March 24, 2026.**

> **s/Mark E. Walker**
> **United States District Judge**

---

[1] This Court acknowledges that a report and recommendation is pending with respect to Defendant's motion to dismiss, *see* ECF No. 46, and this Court will take the matter under advisement shortly.

2